```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12-CR-429 AWI |
|---|---|
| Plaintiff, | ) |
|  | ) MOTION FOR DISMISSAL; |
|  | ) ORDER THEREON |
| v. | ) |
|  | ) |
| CESAR RAMIREZ BAEZ, | ) |
| Defendant. | ) |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Melanie L. Alsworth, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against CESAR RAMIREZ BAEZ in the interest of justice.

Dated: March 25, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant U.S. Attorney

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12-CR-429 AWI |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) |
| CESAR RAMIREZ BAEZ, | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED in the interest of justice that the indictment against CESAR RAMIREZ BAEZ be dismissed.

IT IS SO ORDERED.

Dated:  March 25, 2013

_____
SENIOR DISTRICT JUDGE